UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

MICHAEL A. WRIGHT, JR., )
)
    Plaintiff, )
) No.: 4:16-CV-89-HSM-CHS
v. )
)
WARREN COUNTY, )
)
    Defendant. )

## MEMORANDUM OPINION

This is a pro se prisoner's complaint for violation of 42 U.S.C. § 1983. On December 21, 2016, the Court entered an order granting Plaintiff leave to proceed *in forma pauperis* and dismissing all claims in the complaint except Plaintiff's claim that his legal mail had been opened [Doc. 7]. The mail sent to Plaintiff with that order was returned as undeliverable, with a handwritten note on the envelope stating "RTS – NOT HERE" [Doc. 8 p. 1] and Plaintiff has not otherwise communicated with the Court. It is therefore clear that Plaintiff has failed to provide the Court with notice of his correct address and, without his correct and current address, neither the Court nor Defendants can communicate with him regarding his case.

Accordingly, this action will be **DISMISSED** for want of prosecution. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co*., 370 U.S. 626, 630-31 (1962) (recognizing court's authority to dismiss a case *sua sponte* for lack of prosecution); *White v. City of Grand Rapids*, No. 01-229234, 34 F. App'x 210, 211, 2002 WL 926998, at *1 (6th Cir. May 7, 2002) (finding that pro se prisoner's complaint "was subject to dismissal for want of prosecution because he failed to keep the district court apprised of his current address"); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER.**

**E N T E R :**

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE